UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DARRYN MONTGOMERY, | ) | Civil Action No. 4:20-cv-04440-DCN-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 2nd day of September 2021, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby

**ORDERED** that the Defendant's motion is **GRANTED** and this action is **REMANDED** to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

_____
Honorable David C. Norton
United States District Judge

September 2, 2021
Charleston, South Carolina

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).